# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00810-CV

**Stephen D. Fox, as next friend of C. F. and M. F., Appellant**

**v.**

**Mirna Azucena Alberto Perez, Appellee**

## FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
## NO. C2014-1613B, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due February 4, 2015. On counsel's motion, the time for filing was extended to May 5, 2015. Appellant's counsel has now filed a second motion requesting that the Court extend the time for filing appellant's brief an additional ninety days. We grant the motion for extension of time and order appellant to file a brief no later than August 3, 2015. No further extension of time will be granted and failure to comply with this order may result in the dismissal of this appeal. *See* Tex. R. App. P. 38.8(a); 42.3(b), (c).

It is so ordered this 14th day of May, 2015.

Before Chief Justice Rose, Justices Goodwin and Field